IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID M. LEGRAND and<br>SUSAN LEGRAND, Husband and Wife,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY<br>OF ILLINOIS,<br><br>　　　　Defendant. | CASE NO. 8:CV06-749<br><br><br>ORDER OF DISMISSAL |

The Plaintiffs, David LeGrand and Susan LeGrand, and the Defendant, Safeco Insurance Company of Illinois, have filed a Stipulation in which they agree that the claims of the Plaintiffs against the Defendant should be dismissed with prejudice. The Stipulation complies with the requirements with Fed. R. Civ. P. 41(a)(1)(ii) and will be approved. Accordingly,

　　IT IS ORDERED:

　　1.　　The Stipulation of Dismissal with prejudice by and between the Plaintiffs and the Defendant is approved;

　　2.　　All claims brought by the Plaintiffs against the Defendant, Safeco Insurance Company of Illinois, are hereby dismissed with prejudice; and

　　3.　　Plaintiffs and Defendant will pay their own costs and attorney fees.

　　DATED this 31st day of October, 2007.

　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　s/ Joseph F. Batallion

　　　　　　　　　　　　United States District Judge